IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(SOUTHERN DIVISION)

| | |
|---|---|
| **ROBERT HENDRICKSON** | * |
| Plaintiff, | * |
| v. | * Case No. |
| **WFI STADIUM INC, d/b/a FEDEX FIELD,** *et al.*, | * |
| Defendants. | * |

* * * * * * * * * * * * *

## NOTICE OF REMOVAL

Pursuant to 28 U.S.C. §§ 1332, 1441, and 1446, Defendants, WFI Stadium Inc. d/b/a FedEx Field, and Pro-Football, Inc. a/k/a Washington Commanders Football Team, f/k/a Washington Football Team, f/k/a Washington Redskins Football Team, ("Defendants"), by and through undersigned counsel, file this Notice of Removal of the civil action, captioned as *Robert Hendrickson v. WFI Stadium Inc., d/b/a FedEx Field, et al.,* Case No.: CAL22-28011 (the "State Court Action"), from the Circuit Court of Maryland for Prince George's County to the United States District Court for the District of Maryland, and in support, state as follows:

1. On or about September 14, 2022, Plaintiff, Robert Hendrickson ("Plaintiff"), filed the State Court Action. Plaintiff has not yet served the State Court Action on Defendants. Pursuant to 28 U.S.C. § 1446(b)(2), removal is permissible.

2. In accordance with 28 U.S.C. § 1446(a) and Local Rule 103.5, attached as Exhibits are copies of all pleadings, process, orders, and other papers filed in State Court Action, which were obtained by Defendants.[1]

---

[1] No documents other than the Complaint are attached. Any documents that are filed in the State Court case, will be supplemented in compliance with Local Rule 103.5.

3. Defendants have not been served. Counsel for Defendants has not entered an appearance, filed any responsive pleadings, or filed any papers in the State Court Action responding to Plaintiff's Complaint. The Circuit Court has not entered any relief.

4. Venue is proper in this Court, as the State Court Action was filed in the Circuit Court for Prince George's County, which is located within the United States District Court for the District of Maryland, Southern Division. *See* 28 U.S.C. §§ 100 and 1391(a).

5. This is an action over which this Court has original jurisdiction because it arises out of a civil action under the laws of the Untied States. The action in state court is one over which this Court has original diversity jurisdiction under 28 U.S.C. § 1332(a). It is also removable to this Court pursuant to 28 U.S.C. § 1441(a), because the matter in controversy is alleged to exceed Seventy-Five Thousand Dollars ($75,000), exclusive of interests and costs, and is between citizens of different states.

6. Defendants will provide written notice of the filing of this Notice of Removal to Plaintiff and will file a copy of this Notice with the Circuit Court of Prince George's County, Maryland, as required by 28 U.S.C. § 1446(d).

7. Pursuant to Local Rule 103.5, within thirty (30) days of the filing of this Notice of Removal, Defendants will file, in this Court, copies of all other papers on file in the Circuit Court of Prince George's County, together with a certification from counsel that all filings in the Circuit Court have been filed in this Court.

WHEREFORE, for the foregoing reasons, Defendants, WFI Stadium Inc., d/b/a FedEx Field and Pro-Football, Inc., a/k/a Washington Commanders Football Team, f/k/a Washington Football Team, f/k/a Washington Redskins Football Team, remove the State Court Action to this

Court and respectfully request that the Court order such further relief that this Court deems just and appropriate.

        Respectfully submitted,

*/s/ Halle P. Gray*
Paul M. Finamore (#05992)
Halle P. Gray (#22351)
Pessin Katz Law, P.A.
10500 Little Patuxent Parkway, Suite 650
Columbia, Maryland 21044
Phone: (410) 938-8800
Fax: (667) 275-3056
pfinamore@pklaw.com
hgray@pklaw.com
***Attorneys for Defendants***

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 5th day of October, 2022, a copy of the foregoing Notification of Removal to Federal Court and Exhibits thereto, was served via electronic mail and first-class mail, postage prepaid, upon the following counsel of record:

Christopher T. Nace. Esq.
Paulson & Nace, PLLC
1025 Thomas Jefferson St NW, Suite 810
Washington, DC 20007
ctnace@paulsonandnace.com
***Attorney for Plaintiff***

                                                */s/ Halle P. Gray*
                                                Halle P. Gray, Esq.